IN THE MATTER OF THE GRIEVANCE OF CERTAIN EMPLOYEES IN THE DEPARTMENT OF TRANSPORTATION.

January 18, 1973. Petition for certification denied. (See 120 *N. J. Super.* 540)

LAWRENCE STERN v.
INSURANCE COMPANY OF NORTH AMERICA.

January 18, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ALFRED JOHNSON JASPER a/k/ ALFRED JASPER JOHNSON.

January 18, 1973. Petition for certification denied.

JOHN J. O'CONNOR v. HARRY M. CALANDRILLO, JR.

January 18, 1973. Petition for certification denied. (See 121 *N. J. Super.* 135)

CLARK W. BROOKS v. PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE CO.

January 18, 1973. Petition for certification granted. (See 121 *N. J. Super.* 51)